UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                      )<br>            Plaintiff         )<br>                                      )<br>    v.                                )<br>                                      )<br>AUGUSTIN GONZALEZ CANO,               )<br>                                      )<br>            Defendant         )<br>_____)  | 1:06-CR-166 OWW<br><br><br><br><br><br>ORDER TO SHOW CAUSE AS TO<br>ATTORNEY KEVIN LITTLE |

TO: Attorney Kevin Little

You are hereby ordered to appear before this Court on Monday, June 4, 2007, at 10:00 a.m. to show cause why sanctions should not be imposed against you for failing to appear at scheduled court hearings, and failing to adequately represent defendant Augustin Gonzalez Cano.

Dated: 5/3/07                                /s/ Oliver W. Wanger
                                             _____
                                             OLIVER W. WANGER
                                             United States District Judge

1