UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,      )
                               )
             Plaintiff         )      1:06-CR-166 OWW
                               )
     v.                        )
                               )
AUGUSTIN GONZALEZ CANO,        )
                               )
             Defendant         )      SECOND ORDER TO SHOW CAUSE
_____)      AS TO ATTORNEY KEVIN LITTLE
```

TO: Attorney Kevin Little

You are hereby ordered to appear before this Court on Wednesday, June 20, 2007, at 9:00 a.m. to show cause why sanctions should not be imposed against you for failing to appear at scheduled court hearings, and failing to adequately represent defendant Augustin Gonzales Cano, and to further show cause why you should not be held in contempt for failing to appear at the Order to Show Cause hearing scheduled for June 4, 2007.

Dated: 6/5/2007

           ___/s/ Oliver W. Wanger____
           OLIVER W. WANGER
           United States District Judge

1