McGREGOR W. SCOTT
United States Attorney
LAUREL J. MONTOYA
Assistant U.S. Attorney
4401 Federal Courthouse
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | 1:06-cr-00166 OWW |
|                             ) | |
| Plaintiff,                  ) | |
|                             ) | |
| v.                          ) | STIPULATION TO CONTINUE |
|                             ) | MOTIONS HEARING AND |
| AUGUSTIN CANO,              ) | ORDER THEREON |
|                             ) | |
| Defendant.                  ) | |
|                             ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel, that the sentencing hearing currently set for **January 14, 2008** may be continued to **January 28, 2008 at 9:00 a.m.**

This request to continue the sentencing hearing is being made as the parties need additional

//
//
//
//
//
//
//
//

1

1 time to confer regarding the recommendation in the Presentence Report.  The parties agree that
2 there are no exclusion of time issues.

3 Dated: January 4, 2008                                              McGREGOR W. SCOTT
                                                                                        United States Attorney

                                                                                        By: /s/ Laurel J. Montoya
                                                                                        LAUREL J. MONTOYA
                                                                                        Assistant U.S. Attorney


8 Dated: January 4, 2008                                               /s/ Salvatore Sciandra
                                                                                        SALVATORE SCIANDRA
                                                                                        Attorney for the Defendant Cano


                                    ORDER CONTINUING HEARING DATE

        IT IS SO ORDERED.

**Dated:   January 8, 2008**                                            /s/ **Oliver W. Wanger**
                                                                                        UNITED STATES DISTRICT JUDGE